UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DIONTAE HARPER (a/k/a "Chubbs"),<br>MARKEEVES BROOKS (a/k/a "Keevo"),<br>DONNITA BRYANT, and<br>MICHAELA RICHARD | No. 25 CR 615<br><br>Judge Thomas M. Durkin<br>Magistrate Judge Maria Valdez |

**PROTECTIVE ORDER GOVERNING DISCOVERY**

Upon the motion of the government, pursuant to Fed. R. Crim. P. 16(d) and 18 U.S.C. § 3771(a)(1) and (8), it is hereby ORDERED as to all defendants and their counsel:

1. **Materials Subject To Protective Order:** All of the materials provided by the United States in preparation for, or in connection with, any stage of the proceedings in this case, including but not limited to discovery tendered, under-seal exhibits to any filings by the government, and exhibits to the Government's Version of the Offense (collectively, "the Materials") are subject to this protective order and may be used by defendant and defendants' counsel solely in connection with the defense of this case, and for no other purpose, and in connection with no other proceeding, without further order of this Court.

2. **Limits on Disclosure of Materials**: Defendants and defendants' counsel shall not disclose the Materials <u>or their contents</u> directly or indirectly to any person or entity other than persons employed to assist in the defense, persons who

1

are interviewed as potential witnesses, counsel for potential witnesses, and other persons to whom the Court expressly authorizes disclosure (collectively, "authorized persons"). Aside from exceptions above, the Materials and their contents shall not be disclosed either directly or indirectly to any person or entity without prior authorization from the Court.

3. **Limits on Disclosure of Materials to Defendants:** The Court finds that there is good cause to restrict disclosure of the Materials in this case, in light of the allegations in the indictment. Materials in this case may only be viewed by (1) defendants' counsel, (2) defendants, and (3) authorized persons. Only defense counsel can retain copies of the Materials. Defendants' counsel may show the Materials to the defendants and authorized persons during in person or video meetings, but defense counsel may not leave any Materials with defendant or any other individual in any format, without prior notice to the government and authorization from the Court. Defendants and authorized persons are not permitted to retain copies of the Materials without prior permission of the Court. Further, defendants and authorized persons are not permitted to copy the Materials in any manner. Defense counsel may leave summaries of the Materials with defendants, provided that such summaries anonymize witness identifying information (*e.g.*, "Witness A") and include a header stating that the summaries are "Privileged Attorney-Client Communication" and are "Not for Dissemination."

4. **Copies to Be Treated as Originals:** Defendant's counsel shall not copy or reproduce the materials except for use in connection with this case. Such

copies and reproductions shall be treated in the same manner as the original Materials.

5. **Notes to Be Treated as Originals:** Defendant, defendants' counsel, and authorized persons shall not disclose any notes or records of any kind that they make in relation to the contents of the Materials, other than to authorized persons (provided witness identifying information is anonymized), and all such notes or records are to be treated in the same manner as the original Materials.

6. **Defense Counsel's Responsibility to Advise Persons this Order:** Before the Materials <u>or their contents</u> are provided directly or indirectly to defendant and/or an authorized person, defense counsel must advise the defendant and/or authorized person of this Order, provide that person with a copy of this Order, and have that person sign the acknowledgment, as discussed in the next paragraph.

7. **Records Regarding Individuals to Whom the Materials or Their Contents Are Disclosed:** Each individual who reviews any of the Materials must <u>first</u> sign the attached statement acknowledging that they have received a copy of and reviewed this Order and have agreed to be bound by its terms and conditions subject to possible sanctioning by the Court for any violations of this Order. Defense counsel shall maintain a record demonstrating that these individuals have been advised of the terms of this protective order, provided a copy of this protective order, and have signed at the bottom of the copy of the protective order to document that the individuals have been advised of the protective order. Defense counsel agree to ask their respective clients to sign this order and provide that signature page to the

government. Other than the records reflecting the defendants' signature, which shall be provided to the government, defense counsel will not disclose such records to the government, unless the Court so orders upon a showing of good cause.

8. **Disposal of the Materials:** Upon conclusion of all stages of this case, all of the Materials and all copies made thereof shall be disposed of in one of three ways, unless otherwise ordered by the Court. The Materials may be (1) destroyed; (2) returned to the United States; or (3) retained in defense counsel's case file. The Court may require a certification as to the disposition of any such Materials. In the event that the Materials are retained by defendants' counsel, the restrictions of this Order continue in effect for as long as the Materials are so maintained, and the Materials may not be disseminated or used in connection with any other matter without further order of the Court.

9. **Mistaken Production:** To the extent any Material is produced by the United States to defendants or defendants' counsel by mistake, the United States shall have the right to request the return of the Material and shall do so in writing. Within five days of the receipt of such a request, defendants and/or defendants' counsel shall return all such Material if in hard copy, and in the case of electronic Materials, shall certify in writing that all copies of the specified Material have been deleted from any location in which the Material was stored. The United States may extend such time for return.

10. **Limits on Filing Materials:** Absent prior permission from the Court, copies, in whole or in part, of the Materials shall not be included in any public filing

4

with the Court, and instead shall be submitted under seal (except if the defendant chooses to include in a public document sensitive information relating solely and directly to the defendant.)

11. **Limits on Publicly Identifying Certain Third Parties Identified in the Materials:** The Materials may identify victims, witnesses, and individuals who provided information to law enforcement. The names (full, partial, or initials) of such individuals, other than law enforcement officers, shall not be included in any public filing with the Court, and instead shall be submitted under seal.

12. **Exceptions:** The restrictions set forth in this Order do not apply to documents that are or become part of the public court record, including documents that have been received in evidence at other trials, except as outlined in Paragraph 11.

13. **Amendments:** Nothing contained in this Order shall preclude any party from applying to this Court for further relief or for modification of any provision hereof.

ENTER:

*Thomas M Durkin*

THOMAS M. DURKIN
U.S. DISTRICT JUDGE
United States District Court
Northern District of Illinois

Date: November 24, 2025

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DIONTAE HARPER (a/k/a "Chubbs"),<br>MARKEEVES BROOKS (a/k/a "Keevo"),<br>DONNITA BRYANT, and<br>MICHAELA RICHARD | No. 25 CR 615<br><br>Judge Thomas M. Durkin<br>Magistrate Judge Maria Valdez |

**ACKNOWLEDGMENT OF AMENDED PROTECTIVE ORDER AND
PROPER HANDLING OF MATERIALS SUBJECT THERETO**

I _____ (name):

(a) counsel for the defendant in the above-captioned case;

(b) a defendant in the above-captioned case;

(c) am employed as a(n) _____ and I am assisting _____ (attorney) in the preparation of the defense of _____ (defendant); OR

(d) am participating in an interview with _____ (attorney) regarding the defense of _____ (defendant).

In anticipation of reviewing materials produced by the government in this matter, I have reviewed the attached Order. I understand its contents. I agree that I will only access the Materials for the purposes of preparing the defense case. I will not make any copies of any of the Materials or otherwise disseminate the Materials other than authorized by this Order, without further order of the Court. I understand that failure to abide by this Order may result in sanctions by this Court.

DATED: _____

Name: _____